UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PROTECT THE PUBLIC'S TRUST,

    Plaintiff,

      v.

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES,

    Defendant.

Civil Action No. 23-2033 (RC)

**JOINT STATUS REPORT**

Plaintiff Protect the Public's Trust and Defendant U.S. Department of Health and Human Services ("HHS" or "Agency"), through counsel, respectfully submit this Joint Status Report pursuant to the Court's September 19, 2023, Minute Order.

1.     This is a Freedom of Information Act ("FOIA") case. Plaintiff filed its complaint on July 14, 2023, and Defendant timely answered on September 19, 2023. The case concerns a February 10, 2023 FOIA request from Plaintiff to the Agency.

2.     On September 19, 2023, the Court ordered "that the parties shall meet, confer, and jointly submit a proposed briefing schedule on or before October 3, 2023."

3.     Defendant reports that its search for records responsive to this FOIA request is complete, returning approximately 296 pages of potentially responsive records.  Defendant anticipates processing these pages by the end of October 2023, with a first production to Plaintiff by October 31, 2023.  It is possible that some of the records may require consultation.

4.     In light of the status of this matter, the parties request that the Court defer setting a briefing schedule at this time. In its place, the parties propose that they file an additional Joint

Status Report on or before November 21, 2023, to update the Court on the status of the FOIA

request and the parties' discussions.

Dated: October 3, 2023
      Washington, DC

/s/ *Gary Lawkowski*
Gary Lawkowski
Dhillon Law Group, Inc.
2121 Eisenhower Avenue Suite 608
Alexandria, VA 22314
703-574-1654
glawkowski@dhillonlaw.com


*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By: /s/ *Christina O'Tousa*
    Christina O'Tousa
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2437
    christina.o'tousa@usdoj.gov


*Attorneys for the United States of America*

2