UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROTECT THE PUBLIC'S TRUST,<br><br>    Plaintiff,<br><br>        v.<br><br>U.S. DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES,<br><br>    Defendant. | Civil Action No. 23-2033 (RC) |

**JOINT STATUS REPORT**

Plaintiff Protect the Public's Trust and Defendant U.S. Department of Health and Human Services ("HHS" or "Agency"), through counsel, respectfully submit this Joint Status Report pursuant to the Court's October 3, 2023, Minute Order.

1.      This is a Freedom of Information Act ("FOIA") case. Plaintiff filed its complaint on July 14, 2023, and Defendant timely answered on September 19, 2023. The case concerns a February 10, 2023, FOIA request from Plaintiff to the Agency.

2.      Since the last joint status report, Defendant reports that it processed all 296 responsive pages in October 2023 and that it has completed its production in response to the FOIA request.

3.      Plaintiff is reviewing the Department's production.

4.      The parties plan to confer to determine whether there are any issues outstanding.

5. The parties propose that they file an additional Joint Status Report on or before January 19, 2024, to inform the Court whether any issues remain in this litigation and to propose, if necessary, a schedule for further proceedings.

Dated: November 21, 2023
      Washington, DC

/s/ *Gary Lawkowski*
Gary Lawkowski
Dhillon Law Group, Inc.
2121 Eisenhower Avenue Suite 608
Alexandria, VA 22314
703-574-1654
glawkowski@dhillonlaw.com


*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By: /s/ *Christina O'Tousa*
    Christina O'Tousa
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2437
    christina.o'tousa@usdoj.gov


*Attorneys for the United States of America*